Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
973-325-1500
hschwartz@wolffsamson.com
Attorneys for Plaintiff New York City Ballet

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK CITY BALLET, INC.<br><br>Plaintiff,<br><br>vs.<br><br>PALM PICTURES, LTD.<br><br>Defendant. | Civil Action No.<br><br>RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF PLAINTIFF NEW YORK CITY BALLET, INC. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, New York City Ballet, Inc., states as follows: (1) there is no parent corporation of New York City Ballet, Inc.; and (2) there is no publicly held corporation that owns 10% or more of New York City Ballet, Inc.'s stock.

WOLFF & SAMSON, PC

Attorneys for Plaintiff New York City Ballet, Inc.

By: _____
HOWARD J. SCHWARTZ (HS-2304)
hschwartz@wolffsamson.com

Dated: April 22, 2008

1125536.1