UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CITY BALLET, INC.,

Plaintiff,

-v-

PALM PICTURES, LTD.,

Defendant.

Case No. 08-CIV-3914(DLC)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DEFENDANT (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 06/05/08

Signature of Attorney

**Attorney Bar Code:** JS-3068

Form Rule7_1.pdf  SDNY Web 10/2007