## WOLFF & SAMSON PC
COUNSELLORS AT LAW

THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
TELECOPIER: 973-325-1501

NEW YORK OFFICE:
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005
212-973-0572

WWW.WOLFFSAMSON.COM

WRITER'S E-MAIL:
RFrancisco@WolffSamson.com
WRITER'S DIRECT DIAL:
973-530-2109
WRITER'S TELECOPIER:
973-530-2309

DAVID SAMSON
ARTHUR S. GOLDSTEIN*
ARMEN SHAHINIAN*
THOMAS R. O'BRIEN*
GAGE ANDRETTA*
DANIEL A. SCHWARTZ*
KAREN L. GILMAN
KENNETH N. LAPTOOK*
FREDRIC P. LAVINTHAL
DAVID M. HYMAN*
DAVID L. SCHLOSSBERG
ROGER J. BREENE
DAVID N. RAVIN*
BERNARD S. DAVIS
HOWARD J. SCHWARTZ*
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
GEORGE A. SPADORO*
JEFFREY M. GUSSOFF*
JOHN F. CASEY
JAMES D. FERRUCCI
JOHN M. SIMON

JOHN A. McKINNEY, JR.
STEPHEN L. FERSZT*
LAURENCE H. SMITH
WILLIAM E. GOYDAN*
DARRYL WEISSMAN*
PETER E. NUSSBAUM
LORI GRIFA*
MICHELLE A. SCHAAP
ADAM K. DERMAN
ADAM P. FRIEDMAN*
MITCHELL S. BERKEY*
CATHERINE P. WELLS
JONATHAN BONDY*
SEAN M. AYLWARD
DANIEL M. MURPHY*
ROBERT H. CRESPI*
JUNIE HAHN*
JOSEPH TRIPODI*
JILL O. ROSENBERG*
JOHN O. LUKANSKI*
ROXANNA E. HAMMETT
BARBARA B. MANAHAN
RONALD L. ISRAEL*

AARON D. BASSAN
LAUREN M. O'SULLIVAN
JOSEPH ZAWILA
HOWARD K. UNIMAN
STEVEN S. KATZ*
JUNE S. MELLER*
ANDREW S. KENT*
ERIC J. LEVINE*
DORIT F. KRESSEL*
JOSEPH MONAGHAN
STEPHEN G. CORDARO*
WARREN BARROWS*
LAURIE J. SANDS*
DONNA M. EREM
    COUNSEL

CARL B. LEVY
RHONDA CARNIOL*
BARBARA S. HUTCHEON
ANDREW D. ELLIS
KLAUS P. STOFFEL*
STEPHEN M. ASPERO*
STEPHEN A. KISKER*
DAVID E. WOLFF*
ARTHUR T. HILSON*
    OF COUNSEL

JOSEPH A. DICKSON
BRUCE O. ETTMAN*
CARLOS G. MANALANSAN
MYRNA BLUME
DANIEL D. BARNES*
WILLIAM R. FINIZIO
OIANA L. BUONGIORNO
THOMAS J. TRAUTNER
LINDA D. SULLIVAN*
JENNIFER R. JACOBUS
JOSHUA M. LEE
KAREN L. SHAMIR

TODD W. TERHUNE
SHANNON L. KEIM
HARGARET O'ROURKE WOOD*
MARK A. FORAND*
DENISE J. PIPERSBURGH*
RUSSEL O. FRANCISCO*
NICOLE F. OIMARIA
DANIEL T. McKILLOP
FARAH N. HOMSI*
SCOTT E. LINSKY*
DAVID M. DUGAN*
ELISA M. PAGANO
KATHRYN E. SONG*
KIRAN V. SOMASHEKARA*
ELIZABETH J. MAZZA
RACHEL C. SANTARLAS*
XAVIER M. BAILLIARD
KEYANA C. LAWS*
NATASHA M. SONGONUGA*
SCOTT J. GOLDSTEIN*
MELISSA A. SALIMBENE*
JONATHAN L. CASSADY
NICOLE K. MARTIN
ERIC YUN
JENNIFER L. DE LYON
NANCY A. DEL PIZZO*
DARREN GRZYB
BETH J. ROTENBERG*
DEEPA A. KAIREN*
BRIAN KANTAR*
ELIZABETH C. YOO*
PETER D. SIMON
JOSHUA M. LEVY*
PATRICIA O. CLEARY*
GRAHAM H. CLAYBROOK
KIMBERLY OILORENZO
CHRISTOPHER J. DONADIO
MAULIK M. SANGHAVI
MERISA B. VINICK

*MEMBER NJ AND NY BARS
*MEMBER NY BAR ONLY
*REGISTERED PATENT ATTORNEY

MARTIN L. WIENER (1942 - 2002)

PLEASE REPLY TO WEST ORANGE

**MEMO ENDORSED**

[Stamp: JUN 26 2008]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6-27-08]

June 24, 2008

**VIA HAND DELIVERY**

Honorable Denise L. Cote
United States District Court
 for the Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 2230
New York, NY 10007-1312

  Re:   New York City Ballet, Inc. v. Palm Pictures, LTD
        Docket No. 1:08-cv-03914-DLC

Dear Judge Cote:

We represent Plaintiff New York City Ballet, Inc.. The first conference in this matter is scheduled for Friday, June 27, 2008 at noon. Defendant has filed an Answer. Defendant's counsel and I spoke and we both request an adjournment of the Friday conference to permit us to discuss fully a discovery plan and related matters. We respectfully request an adjournment of two weeks until July 11th at 11:00 a.m., if that is convenient to Your Honor.

                              Respectfully submitted,

                              HOWARD J. SCHWARTZ

HJS:sc
Cc: Jonathan Shapiro, Esq.

1136602.1

[Handwritten endorsement: Conference is adjourned to July 10 at noon.
Denise Cote
June 26, 2008]