UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X

NEW YORK CITY BALLET, INC.,        08 CIV. 3914 (DLC) (JCF)*

         Plaintiff,        ORDER OF
      -v-        REFERENCE TO A
         MAGISTRATE JUDGE

PALM PICTURES, LTD.,

         Defendant.

------------------------------------------------------------- -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08
```

DENISE COTE, District Judge:

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___    Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

___    Specific Non-Dispositive Motion/Dispute*

___    Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

         Purpose: _____

___    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___    Habeas Corpus

**X**    Settlement*

___    Social Security

___    Inquest After Default/Damages Hearing

___    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

         Particular Motion: _____

\*    Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
          July 10, 2008

                                     /s/ Denise Cote
                                     DENISE COTE
                                   United States District Judge